FILED

03/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

MAR 2 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORIGINAL

IN THE MATTER OF THE PETITION OF
NICHOLAS J. MONTAGUE

ORDER

Nicholas J. Montague has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Montague passed the MPRE in 2012 when seeking admission to the practice of law in Iowa. He was admitted to the Iowa Bar and, since then, has practiced law continuously in Iowa, Nebraska, and Missouri, for 6 years "without any ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Nicholas J. Montague to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this _____ day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2